IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIZABETH BUENDIA and
RAMON BUENDIA,

    Plaintiffs,

v.                                                                              No. 16-cv-0434 GJF/SMV

WALGREENS FAMILY OF COMPANIES,
WALGREEN CO., W ALGREENS STORE NO. 7930,
JOHN DOES I-V, JANE DOES I-V,
and BLACK and WHITE CORPORATIONS I-V,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:        May 26, 2016, at 1:30 p.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

      A telephonic status conference is set for **May 26, 2016, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

      **IT IS SO ORDERED.**

                                                  **STEPHAN M. VIDMAR**
                                                  **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.