## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ELIZABETH BUENDIA and
RAMON BUENDIA,

      Plaintiffs,

v.                                                No. 16-cv-0434 MCA/SMV

WALGREENS FAMILY OF COMPANIES,
WALGREEN CO., W ALGREENS STORE NO. 7930,
JOHN DOES I-V, JANE DOES I-V,
and BLACK and WHITE CORPORATIONS I-V,

      Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE AND DIRECTING PARTIES TO FILE CLOSING DOCUMENTS

THIS MATTER is before the Court on notice by defense counsel that the parties have reached a settlement agreement.

**IT IS ORDERED** that the settlement conference scheduled for January 5, 2017, and all related deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that closing documents be filed no later than **January 17, 2017,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**